# EXHIBIT 2

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>> Case: 1:24-cv-05995 Document #: 1-2 Filed: 07/16/24 Page 2 of 7 PageID #:36
Judge: Calendar, 7

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.

**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook ▼ COUNTY | **SUMMONS** | *For Court Use Only*<br>FILED<br>6/12/2024 10:47 AM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2024CH00873<br>Calendar, 7<br>28080103 |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | Michael Crawley<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>READY PLAYER ME, INC. and WOLFPRINT 3D INC. | 2024CH00873<br><br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

FILED DATE: 6/12/2024 10:47 AM   2024CH00873

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**Plaintiff/Petitioner:**

**Do not use this form** in these types of cases:
- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Ready Player Me, Inc.<br>Registered Agent's name, if any: National Registered Agents, Inc.<br>Street Address, Unit #: 1209 Orange St.<br>City, State, ZIP: Wilmington, DE 19801<br>Telephone: (302) 658-7581   Email: |
| In **1b**, enter a second address for the first Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*:<br>Street Address, Unit #:<br>City, State, ZIP:<br>Telephone:   Email: |
| In **1c**, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff   ☑ Sheriff outside Illinois: New Castle County, DE<br>*County & State*<br>☐ Special process server   ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☑ **I am serving more than 1 Defendant/Respondent.**<br>I have attached  1  *Additional Defendant/Respondent Address*<br>*Number*<br>and *Service Information* forms. |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **2. Information about the lawsuit:**<br>a. Amount claimed:  $<br>☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Philip L. Fraietta, Bursor & Fisher, P.A.<br>Street Address, Unit #: 1330 Avenue of the Americas<br>City, State, ZIP: New York, NY 10019<br>Telephone: (646) 837-7150   Email: pfraietta@bursor.com |
| | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address:<br>City, State, ZIP: |

FILED DATE: 6/12/2024 10:47 AM 2024CH00873

| | |
|---|---|
| In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | |
| In **4b,** fill out: <br>• The court date and time the clerk gave you. <br>• The courtroom and address of the court building. <br>• The call-in or video information for remote appearances (if applicable). <br>• The clerk's phone number and website. <br><br>All of this information is available from the Circuit Clerk. | |

☐ b. Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
    *Date*         *Time*                         *Courtroom*

**In-person at:**

_____
*Courthouse Address    City    State    ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

    By telephone: _____
                  *Call-in number for telephone remote appearance*

    By video conference: _____
                        *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                            *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
      *Website*

| | |
|---|---|
| **STOP!** <br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** 6/12/2024 10:47 AM IRIS Y. MARTINEZ |

*[Seal of Circuit Court of Cook County, Illinois]*

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
    - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                      *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

FILED DATE: 6/12/2024 10:47 AM 2024CH00873

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at **ilcourts.info/forms**.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Michael Crawley
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

READY PLAYER ME, INC. and WOLFPRINT 3D INC.
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

2024CH00873
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____   Race: _____
  On this date: _____   at this time: _____  ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____   at this time: _____  ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
  *First, Middle, Last*
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____   Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
  *First, Middle, Last*
  ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____   Race: _____
  On this date: _____   at this time: _____  ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

FILED DATE: 6/12/2024 10:47 AM   2024CH00873

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**  **FEES**

_____    Service and Return: $ _____
*Signature by:* ☐ Sheriff             Miles _____ $ _____
☐ Sheriff outside Illinois:           Total                $0.00

_____
*County and State*
☐ Special process server
☐ Licensed private detective

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at **ilcourts.info/forms**.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|

FILED DATE: 6/12/2024 10:47 AM 2024CH00873

**Instructions**

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)*<br>MICHAEL CRAWLEY |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>READY PLAYER ME, INC., and WOLFPRINT 3D Inc. |
| Enter the Case Number given by the Circuit Clerk. | 2024CH00873<br>**Case Number** |

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

| | |
|---|---|
| In **1a**, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Next Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Wolfprint 3D Inc.<br>Registered Agent's name, if any:<br>Street Address, Unit #: 1209 Orange Street<br>City, State, ZIP: Wilmington, DE 19801<br>Telephone: (372) 534-6372   Email: |
| In **1b**, enter a second address for this Defendant/Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*:<br>Street Address, Unit #:<br>City, State, ZIP:<br>Telephone:   Email: |
| In **1c**, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff     ☑ Sheriff outside Illinois: New Castle County, DE<br>                                                                 *County & State*<br>☐ Special process server     ☐ Licensed private detective |